FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2018 APR 12 PM 1: 16

JEFFREY P. COLWELL
CLERK

Civil Action No. **'18 - CV - 00864**

(To be supplied by the court)

BY_____DEP. CLK

Louis Michael Zamora

_____, Plaintiff

v.

[Lorenzo Simonelli] CEO **Baker Hughes a GE Company (BHGE) / BJ Services,**
& [Chad C. Deaton], [Peter Ragrass], [fred Cossum]

[Harsha V. Agaio]- CEO [W. Bruce Swain Jr.]- CFO
**Crawford  & Co** & [Teressa Serna], [Grace Baca]
[Michael Smith]-CEO [Ewout L. Steenbergen] – CFO

Defendant(s)

**ING ReliaStar Life Voya** & [Karen A Meyer]
Employer Insurer & Parties Joinder,

Dr. [Arthur Kuper] dba. **Health One**

**"See Attached List"**

---

### EMPLOYMENT DISCRIMINATION COMPLAINT

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

Page 1

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Louis Michael Zamora 5844 S. Datura St #504  Littleton, Colorado  80120        (current address)
   (Name and complete mailing address)

            720-878-8282
   (Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Lorenzo Simonelli 17021 Aldine Westfield Rd Houston, Texas 77073-5051
                (Name and complete mailing address)

                713-439-8600
                (Telephone number and e-mail address if known)

Defendant 2:  Chad C. Deaton  17021 Aldine Westfield Rd Houston, Texas 77073-5051
                (Name and complete mailing address)
                713-439-8600

                (Telephone number and e-mail address if known)

Defendant 3:   Peter Ragrass 17021 Aldine Westfield Rd Houston, Texas 77073-5051
                713-439-8600

Defendant 4:   Fred Cossum 17021 Aldine Westfield Rd Houston, Texas 77073-5051
                713-439-8600

Defendant 5:   Harsha V. Agaio 1001 Summit Blvd Brookhaven, Ga 30319-5047
                404-300-1000

Defendant 6:   W. Bruce Swain Jr. 1001 Summit Blvd Brookhaven, Ga 30319-5047
                404-300-1000

Defendant 7:   Teressa Serna 1001 Summit Blvd Brookhaven, Ga 30319-5047
                404-300-1000

2

See Attached Defendant(s)

Defendant 8:    Grace Baca 1001 Summit Blvd Brookhaven, Ga 30319-5047
404-300-1000

Defendant 9:    Michael Smith Voya "Coporate" 230 Park Ave New York, NY 10169
212-309-8200
Note:  Voya, **"Agent for Service of Process"**  7700 E. Arapahoe Rd #220
Centennial, Co 80112  303-863-1800

Defendant 10:    Ewot L. Steenbergen Voya "Corporate" 230 Park Ave New York, NY 10169
Note:  Voya **"Agent for Service of Process"**  7700 e. Arapahoe Rd # 220
Centennial, Co 80112   303-863-1800

Defendant11:    Karen A. Meyer ING Compliance /ReliaStar Life / Voya
20 Washington Ave Route 5213 Minneapolis, MN 55401
612-372-5474

Defendant 12:    Dr. Arthur Kuper 4900 S. Monaco St #210 Denver, Co 80237 dba Health One
303-584-8000

*Parties Joinder* See *Attached List*
Caption/ Title:
UNITED STATES CONSTITUTION CITATION
CRIMINAL COMPLAINT AFFIDAVIT AND BRIEF OF IMFORMATION

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

___X___  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

___X___  Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)  28 U.S.C. § 547 28 U.S.C. 542

___X___  Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

___X___  Other: *(please specify)* Retaliation, Fraud, Jurisdictional Fraud, 28 U.S.C. 542

3

"attached list"

## ARREST LIST
## Attn: US Marshall

Arrest list includes, but not limited to CEO's, CFO's, Agents, Supervisors, Managers, individuals named in this Commercial Lien Default, all parties Joinder For "FAILURE to ANSWER this CRIMINAL COMPLAINT," Filed with the U.S. S.E.C. in The year 2012

Updated Federal Court filing _____ ___ 2018

*NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

PRESIDENT OF THE UNITED STATES
1. Name: [Barack Obama]
   ADDRESS: 1600 Pennsylvania Ave NW
   CITY: Washington
   STATE: D.C.  20500
   Cert. Mail # 7015 0640 0007 4521 8954

United States Attorney General
2. Name: [Eric H. Holder, Jr]
   Address: 950 Pennsylvania Ave N.W.
   City: Washington
   State: D.C.   20530-0001
   Cert. Mail # 7015 0640 0007 4521 8992

Office of Federal Court Administrator
3. Name: [James C. Duff]
   Address: One Columbia Circle, NE
   City: Washington
   State: D.C.  20544
   Cert  Mail # : 7015 0640 0007 4521 9005

Office of Governor
4. Name: [Susana Martinez]
   Address: 490 Old Santa Fe Trail Room: 400
   City: Santa Fe
   State: New Mexico 87501
   Cert Mail #: 7015 0640 0007 4521

Attorney General New Mexico
5. Name: [Gary King] Villagra Bulding
   Address: 408 Galisteo Street
   City: Santa Fe
   State: New Mexico  87501
   Cert Mail #:7015 0640 0007 4521 9029

United States District Court
6. [Alfred J. Arraj]
   Address: 901 19th Street
   City: Denver
   State: Colorado 80294-3589
   Pending/filing with Clerk of Court

United States district Court Judge
7. Name: [Martha Alicia Vazquez]
   Address: 421 Gold S.W.
   City: Albuquerque
   State: New Mexico  87103-0334
   Cert Mail #: 7015 0640 0007 4521 9036

Office of the State Court Administrator
8. Name: [Arthur Pepin]
   Address: 237 Don Gaspar
   City: Santa Fe
   State: New Mexico  87501
   Cert. Mail #:  7015 0640 0007 4521 9043

Workers Compensation Admin. Director
9.Name: [Glen R. Smith]
   Address: P O Box 27198
   City: Albuquerque
   State: New Mexico 87125-7198
   *Cert. Mail #:7015 0640 0007 4521 9050*
   C/O Clerk of Court WCA

Workers Compensation  Admin. Director
10. Name: [Ned fuller] & [Shannon Riley]
    Address: P O Box 27198
    City: Albuquerque
    State: New Mexico 87125-7198
    * Cert. Mail#: 7015 0640 0007 4521 9050*
    C/O of Clerk of Court WCA

Office of Chair President & CEO
11. Name: [Chad C. Deaton] & [Martin S. Craighead]
    Baker Hughes/BJ Services
    Address: 2929 Allen Parkway Ste 2100
    City: Houston
    State: Texas 77019
    Cert. Mail #:  7015 0640 0007 4521 9067 ———

Office of Chief Financial Officer
12.Name: [Peter A. Ragauss]
    Baker Hughes/BJ Services
    Address: 2929 Allen Parkway Ste 2100
    City: Houston
    State: Texas77019
    ——— Cert. Mail #:7015 0640 0007 4521 9067

Notice to Principals Notice to Agents
13. Name: BJ Services/Baker Hughes
    [Manager, Supervisor, Director]
    285 County Road 27
    City: Brighton
    State: Colorado   80603-9375
    Cert: Mail # 7015 0640 0007 4521 9081

BJ Services/Baker Hughes
14.  Name: [Fred Cossum]
    Address: 3250 South Side River Road
    City: Farmington
    State: New Mexico  87401
    Cert. Mail #: 7015 0640 0007 4521 9098

Workers Compensation Administration
15. Clerk of the Court
    Address: 2410 Centre Ave S.E.
    City: Albuquerque
    State: New Mexico 87106
    *Cert. Mail #: 7015 0640 0007 4521 9050*
    C/O Clerk of the Court WCA

B "attached list"

Office of the General Counsel WCA
16. Name: [Sharon Gentry]
   Address: P O Box 27198
   City: Albuquerque
   State: New Mexico 87125
   Cert. Mail #:7015 0640 0007 4521 9104

Deputy Director of Judges WCA
17.Name: [Elaine Trujillo]
   Address: P O Box 27198
   City: Albuquerque
   State: New, Mexico 87125
   * Cert. Mail #:  7015 0640 0007 4521 9050*
        C/o of Clerk of the Court ——————————————C/O Clerk of the Court

Office of Judge W C A
18.  Name: [Lori A Martinez] & [Shannon Riley]
   Address: 2410 Centre Ave S.E.
   City: Albuquerque
   State: New Mexico 87106
   *Cert. Mail #: 7015 0640 0007 4521 9050*

Deputy Director of Judges WCA
19. Name:[Laura Feight]
   Address: P O Box 27198
   City: Albuquerque
   State: New Mexico 87125
   *Cert. Mail #: 7015 0640 0007 4521 9050*

Principals, Officers, Agents, Crawford & Co
20 .Name: CEO/CFO [Teressa Ser na] REF:B J Srv.
   Address: 1001 Summit Boulevard
   City: Atlanta
   State: GA 30319
   ————————— Cert. Mall #: C/O 7015 0640 0007 4521 9074 ————————

Principals, Officers, Agents, Crawford & Co
21. Name: [Grace Baca]
   Address: 1001 Summit Boulevard
   City: Atlanta
   State: GA 30319

ING COMPLIANCE
22.Name: [Karen A. Meyer]  & [Sue Santa]
   Address: 20 Washington Ave.-Route 5213
   City: Minneapolis
   State: MN 55401
   *Cert. Mail #: 7015 0640 0007 4521 9111*

ING ReliaStar Life Ins./Notice To Agents
23. Name: Legal Dept./ Notice to Principals
   Address: 1000 Woodbury Road
   City: Woodbury
   State: New York 11797-2530
   Cert. Mail #: 7015 0640 0007 4521 9135

Legal Dept./ Notice to Principals/Agent
24. Name: ING  ReliaStar Life/ Notice to Agents
   Address: 20 Washington Ave
   City: Minneapolis
   State: MN  55401-1908
   *Cert. Mail # 7015 0640 0007 4521 9111*

Life Ins. Co. Of North America
25. Name: [Karen S. Rohan]
   Address: 1601 Chestnut Street
   City: Philadelphia
   State: PA   19192-2235
   Cert. Mail # 7015 0640 0007 4521  9142

Occupational Medicine& Rehabilitation
26. Name:  Dr.[ Arthur Kuper]
   Address: 9195 Grant Street #100
   City: Thornton
   State: Colorado 80229
   Cert. Mail #: 7015 0640 0007 4521 9159

Reliance Medical Group
27. Name: [Larry Decker]/ Principals/Agents
   Address: 2700 Farmington Ave Buld. F
   City: Farmington
   State: New Mexico  87401
   Cert. Mail #: 7015 0640 0007 4521 9166

Attorney At Law
28. Name [Patrick Fogel]
   Address: 205 Truman N. E.
   City: Albuquerque
   State: New Mexico 87108
   Cert. Mail #: 7015 0640 0007 4521 9166

Attorney at Law  Hale & Dixon
29. Name: [Paulette J. Dixon]  Ste 420
   Address: 4101 Indian School Rd N. E.
   City: Albuquerque
   State: New Mexico 87110
        *Cert. Mail #:7015 0640 0007 4521 9173*

Attorney at Law Hale & Dixon
30. Name: [Timothy S. Hale]
   Address: 1010 Tijeras Ave N W
   City: Albuquerque
   State: New Mexico 87102

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely **every claim** that you are asserting in this action and the **specific facts** that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

**CLAIM ONE**: (1) Charging Defendants with Malfeasance of Office charging Miss Conduct unlawful Acts failure to compensate an injured worker violation of oath of office 18 U.S.C. 1918 5 U.S.C.7311, **Retaliation for Serving Complaint(s)** and filing a "Security" with U.S. S.E.C.

(2)  Plaintiff's Failure to answer a "**Criminal Complaint,**" served by "**Certified Mail**", Received with Return signature Card PS form 3800, **failure to act upon** notification of **additional injuries** rejecting evidence to avoid paying out to obtain a **illegitimate gain an evasion of obligations** of Contract creating **Unfair Claim Processing**, Misappropriate of Funds, Judicial Fraud, Acts of Fraud, Failure to Comply with the Law, Mixed War, **Failure to grant Constitution**

(3) "**Conspiracy,**" Fraud & False Statements, Jurisdiction fraud, **breach of oath of office** Intentional Misrepresentation of material fact, failure to grant Constitution, Treason, Breach of oath of office, Failure to provide a "Remedy," Unlawfully withholding Insurance

(4) (Defined Crimes; United States Criminal Code Title 18 section 4, 872, 1001 **fraud & false statements**, RACKETERRING 18 USC 1961, **Unlawful Judicial Proceedings**

(5) Malicious Collateral Attack (22) **Breach of Guarantee** (23) **Violation of Rules of Evidence Intentional Misrepresentation of Material Fact** Evil Acts of Deception, **Perjury** All also being violated under color of law, and under color of authority, and under law by color of power fraud & Jurisdiction fraud. **Retaliation /Age discrimination Act of 1990 / Disabilities act 1990**

**SPECIFIC FACTS**: Proof of Allegations see ATTACHED "D STATEMENT OF CLAIMS"

---

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_\_ Failure to hire            \_X\_ different terms and conditions of employment

\_\_\_\_ failure to promote          \_X\_ failure to accommodate / compensate

\_X\_ Termination of employment      \_X\_ Retaliation

\_X\_ other: (*please specify*) Failure to Rebut / Answer a "Criminal Complaint", by "Affidavit", to be True, Certain, Correct, Complete under-Notary Presentment

4

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*) Failure to Create a Expeditious Remedy 18USC 1961 (42 USC 1986)

____ race          ____ religion          ____ national origin          _X_ age

____ color          ____ sex          _X_ disability

Supporting facts:

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

         _X_ Yes (***You must attach a copy of the administrative charge to this complaint***)

         ___ No

Have you received a notice of right to sue? (*check one*)

         _X_ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

         ___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

**1st Request for Relief**: 'Order for Protection" of this plaintiff, under the "Constitution of the United States," & "Bill of Rights as well as the Colorado "State Constitution," Venue & Jurisdiction. Defendants have offices in the city of Denver and State of Colorado additionally Defendant's and or employers are within Colorado federal Court district.

**2nd Request for Relief**: Order Defendant insurer **ING ReliaStar Life/ VOYA** to "Act in good faith," "or Order Defendant Insurer, to Pay Disability Income in arrears, impose a "Grant for relief," a benefit penalty of 25 % plus "Treble Damages," to be imposed totaling **$2,209,446.93** .

**3rd Request for Relief**: Order Defendant Insurer **Crawford & Co.** to "Act in good faith," or Order Defendant Insurer, to compensate the Plaintiff and impose a "Grant for Relief," based on "Permanent Disability," Lost Income in arrears / for life, "Lost Wages," $1,606.80 Bi weekly, with a "Penalty," imposed of 25% plus Treble Damages to be imposed Totaling **$3,739,551.63**

**4th Request for Relief**: This Pro Se Plaintiff hereby notifies parties / Defendants of his charging $300.00 per hour based on the number of hours expended on the collection of this debt 7,500

5

*hours over the last 9 years into legal research / application & filings related to this case to date
4-9-2018 total due $2,250.000.00   Two Million, Two hundred Fifty Thousand dollars U.S.*
**"F. REQUEST FOR RELIEF"**

***5th Request for Relief: Compel** All defendants and there Legal Council to produce the following:
For the last 11 years a Copy of their Bar Bond, Certified copy of Oath of Office, Public Hazard
Bond, Commercial Liability bond, Surety Bond, Citizens (42 USC1986) Writ of Mandamus
Pursuant to 42 USC1986*

***6th Request for Relief: Restitution & Penance,** If the Defendant Parties fail to make a  legitimate,
"offer in Compromise," out of the Court room by & through their legal counsel or otherwise, the
Plaintiff request that the Court enters a Default Judgment in favor of the plaintiff in the amount of
$510,064,633.70 per Defendant. Ref: Failure to answer a "Criminal Complaint," thus entering
into an Obligation of Contract a, "Security" A Speculation filed with the U.S. S.E.C.*

*WHAT I WANT THE COURT TO DO IS Compel Defendants to pay this Debt & cease evading
obligation to compensate Plaintiff for injuries sustained.*

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

(Date)    April 1 2 2018

6

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Louis M. Zamora
5844 South Datura Street
#504
Littleton, CO 80120

From: Albuquerque Area Office
505 Marquette, N.W.
Suite 900
Albuquerque, NM 87102

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2016-02005 | Gilberto Vargas, Investigator | (505) 248-5177 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleg discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance v the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send y You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 year before you file suit may not be collectible.**

On behalf of the Commission

Derick L. Newton,
Area Office Director

January 12, 20

(Date Mailed)

Enclosures(s)

cc: Le Hammer
Managing Counsel
Baker Hughes
2929 Allen Parkway #2100
Houston, TX 77019

RECIEVED JAN 16
2018
6 PM

Enclosures(s)

cc:    **Michael Reed**
       **Hunton & Williams LLP**
       **700 Louisiana Street**
       **Suite 4200**
       **Houston, TX 77002**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2016-02005 |

| New Mexico Dept of Workforce Solutions, Human Rights Bureau | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Louis M. Zamora | (720) 878-8282 | 11-21-1951 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5844 South Datura Street, Littleton, CO 80120  #C 564 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BAKER HUGHES INC | 500 or More | (505) 327-6222 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3250 Southside River Road, Farmington, NM 87401 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-30-2016   Latest: 05-01-2016

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on or about 2006/2007, as a Driver Equipment Operator. On February 04, 2007, I was injured on the job and was placed on medical leave until further notice. On April 30 2016, I received notice that my medical benefits had ended. Furthermore, on May 01 2016, I received a letter from my employer that I had been discharged. In addition, my discharge came after I filed a criminal complaint with U.S.S.E.C, D.OJ. and F.B.I. in 2012.

I believe that I have been retaliated and terminated because of my age (64), in violation of the Age Discrimination in Employment Act of 1967. I also believe I have been discriminated and retaliated against because of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

ALBUQUERQUE AREA OFFICE EEOC RECEIVED 2016 SEP 8 PM 1: 39

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9-2-2016<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Albuquerque Area Office
505 Marquette N.W. Suite 900
Albuquerque, NM 87102-2189

**OFFICIAL BUSINESS**
Penalty for private use $300

ALBUQUERQUE
NM 870
12 JAN '18
PM 4 1

UNITED STATES POSTAGE
PITNE
02 1P
0000806095   JAN 1
**$ 000**
MAILED FROM ZIP CODE

Received JAN 16th — 6 PM
2018

Look up Jaw Firupor
X prisoner ts with
ck notes on cell phone
Ken Salazar on Board of Directors

# List of Exhibits

(Viewable at public posting getnotice.info)
Enter Plaintiff's Name Louis Michael Zamora
*All medical records s available on disc*

### Title or description

1. Exhibit #1      E E O C Charge of Discrimination

2. Exhibit #2      State of New Mexico Order of Non-Determination
(Note cc: Le Hammer / Michael Reed Hunton & Williams)

3. Exhibit #3      List of Treating Facilities & Doctors

4. Exhibit #4      Colorado Rehabilitation & Occupational Medicine, LLC
Comprehensive Follow-up Evaluation l. Zamora 1-21-2010

5. Exhibit #5      Social Security Administration Office of Disability
Adjudication and Review

6. Exhibit #6      Affidavit Mr. Gilberto Vargas Re: EEOC Charge
No.541-2016-02005

7. Exhibit #7      New Mexico Corrupt Judiciary Graft (Corrupt Judges)

8. Exhibit #8      New Mexico Cycle of Corruption

Pg 1 of 3

List of Exhibits Continued:

9. Exhibit #9    Litigation - Mergers & Acquisitions Definition

10. Exhibit #10  Crony Capitalism, Corruption New Mexico

11. Exhibit #11  Injured worker Reply to Patrick L. Fogel

12. Exhibit #12  Corporate Criminal Liability

13. Exhibit #13  Successor Liability in Asset Acquisitions - Martindale.com

14. Exhibit #14  Pitfalls in Mergers and Acquisitions

15. Exhibit #15  Notice of Default by Afficavit - A Security

16. Exhibit #16  Commercial Affidavit, "Declaration of Lien"

17. Exhibit #17  Criminal Complaint Affidavit and Brief of Information

18. Exhibit #18  Additional Information to: Sean U.S. S.E.C. McKessy

Pg 2 of 3

List of Exhibits continued:

19. Exhibit # 19 Invoice / Bill by AFFIDAVIT

20. Exhibit # 20 Religious Beliefs/ Doctrine & Covenants /Constitution

21. Exhibit #21 The Northern Trust Co (benefit Payment Services) for "Baker Hughes," payers Federal identification number 36-3046063 Account Number 01620083647047 State Payer's state No. 0/27589744

22. Exhibit # 22 Tampering with a legal document sent to "VOYA Financial," at receiving end a portion of "Certified Mail Card was, what appears to by hand torn to avoid showing a "Affidavit" was received.

23. Exhibit # 23 F.B.I. Financial Crimes report

24. Exhibit # 24 N.M. Atty. General Determines that this is a Civil Case

25.

26.

Pg 3 of 3

# "D STATEMENT OF CLAIMS"

## EXHIBIT # 2



**SUSANA MARTINEZ**
**GOVERNOR**

**CELINA BUSSEY**
**SECRETARY**

**JOHN SANCHEZ**
**LT. GOVERNOR**

**STATE OF NEW MEXICO**
**DEPARTMENT OF WORKFORCE SOLUTIONS**
Labor Relations Division - Human Rights Bureau
1596 Pacheco St., Ste. 103
Santa Fe, NM  87505-3979
Phone: (505) 827-6838

## ORDER OF NON-DETERMINATION

April 5, 2018

Louis M. Zamora
5844 South Datura Street #504
Littleton, CO 80120

RE:    Louis M. Zamora vs Baker Hughes Inc.
       EEOC# 543-2016-02005

Dear Mr. Zamora:

As authorized by Section 28-1-10 (D) of the New Mexico Human Rights Act and the Work Sharing Agreement between the Equal Employment Opportunity Commission and the New Mexico Human Rights Bureau, this letter constitutes an Order of Non-Determination as to your complaint. In accordance with Mitchell-Carr, Smith, Vaughn and Herrera v. Office and Professional Employees International Union Local 251, 1999-NMSC-025, ¶ 10, 127 N.M. 282, this Order of Non-Determination is issued to afford you the right to pursue your complaint under the Human Rights Act in state district court.

By issuing this Order of Non-Determination, the Bureau has closed this complaint administratively, with prejudice. Therefore, you may not re-file this complaint with this bureau. You may obtain a new trial; however, by appealing this Order of Non-Determination to the proper district court. According to Section 28-1-13 (A) of the New Mexico Human Rights Act, you have ninety (90) days from the date of service of this Order of Non-Determination to file notice of appeal in the district court of the county where the alleged discriminatory practice occurred or where the respondent does business. The Bureau should not be named as a party to the appeal, unless you have an independent and separate claim against the Bureau. Section 28-1-13 (A) of the Act also requires that you serve a copy of the notice of appeal personally or by certified mail, return receipt requested, at the last known address of all parties. You also must serve a copy of the notice of appeal on the bureau office in Santa Fe. To properly serve the parties, you must comply with any other service of process requirements set forth in the New Mexico Rules of Civil Procedure at 1-004.

IF YOU DO NOT FILE A NOTICE OF APPEAL WITH THE APPROPRIATE DISTRICT COURT WITHIN NINETY (90) DAYS OF YOUR RECEIPT OF THIS ORDER, AND IF YOU DO NOT PROPERLY SERVE THE NOTICE, YOUR RIGHT TO APPEAL THIS ORDER OF NON-DETERMINATION TO THE DISTRICT COURT WILL EXPIRE.

If you have any question concerning this Order of Non-Determination, you may contact the Human Rights Bureau at 827-6838.

Sincerely,

*Jamie Phillips for*

*this opens the DOOR*

Jacqueline Gonzales
Staff Manager

cc:    Le Hammer, Managing Counsel        Michael Reed



**EXHIBIT # 24**

# Attorney General of New Mexico

**GARY K. KING**
Attorney General

**ALBERT J. LAMA**
Chief Deputy Attorney General

November 9, 2012

Louis Zamora
P.O. Box 620121
Littleton, Co. 80162

Re: Workman's Comp

Dear Mr. Zamora,

Thank you for sending your complaint to the Office of the New Mexico Attorney General.

The New Mexico Attorney General's Office Investigations Division investigates matters of alleged criminal activity as delineated within the applicable sections of the New Mexico State Statutes. Within these applicable sections, there are clearly defined elements that must exist in order to pursue the matter criminally.

Your complaint has been reviewed by our senior executive evaluation team and it has been determined that this is a civil issue. We suggest that you seek the advice of an attorney in private practice.

I regret that we cannot provide more substantive help in this instance.

Sincerely,

Earl A. Holmes, Director
Investigations Division
(505) 222-9000

EAH/jls

111 Lomas Blvd. NW  Suite 300    Albuquerque, New Mexico 87102    (505) 222-9000    Fax (505) 222-9006    www.nmag.gov